IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

_____

| MICKEY C. WATSON FEATHERSTON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-CV-079 |
| | ) | |
| J.C. PENNEY CORPORATION, INC., | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

_____

## JOINT STIPULATION OF DISMISSAL
_____

Mickey C. Watson Featherston, Plaintiff, by and through counsel, and J.C. Penney Corporation, Inc., Defendant, by and through counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that the Complaint filed by the Plaintiff shall be dismissed without prejudice.

Dated this the 8th day of April, 2016.

                              Respectfully submitted,

                              TARPY, COX, FLEISHMAN &
                               LEVEILLE, PLLC

                              By: *s/Thomas M. Leveille*
                                  Thomas M. Leveille (014395)
                              1111 N. Northshore Drive
                              Landmark Center North Tower, Suite N-290
                              Knoxville, Tennessee 37919
                              (865) 588-1096
                              (865) 588-1171 (fax)

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ

By: *s/Timothy B. McConnell*
    Timothy B. McConnell (019136)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
(865) 549-7000
(865) 329-5166 (fax)

CERTIFICATE OF SERVICE

    I hereby certify that on April 8, 2016, a copy of the foregoing Joint Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    *s/Thomas M. Leveille*